ST. LOUIS SOUTHWESTERN RY. CO. OF
TEXAS v. SHUMATE. (No. 5479.)

(Court of Civil Appeals of Texas. Austin.
April 21, 1915.)

1. PLEADING ☞171 — TRIAL—AMENDMENT —
DISCRETION OF COURT.

The statute declaring that the court may
permit amendments to the pleadings at any
time before announcing ready on the merits,
and not thereafter, is directory, and thereunder the court in its discretion may permit a supplemental petition to be filed after the jury
have been selected and the other pleadings read
to the court and jury.

[Ed. Note.—For other cases, see Pleading,
Cent. Dig. § 333; Dec. Dig. ☞171.]

2. APPEAL AND ERROR ☞1041—HARMLESS
ERROR—TRIAL—AMENDMENT.

Error, if any, permitting plaintiff to file
a supplemental petition after the jury had been
selected and the other pleadings read to the
court and jury, was not reversible error, where
it in no wise influenced the jury in finding
against appellant.

[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 4106–4109; Dec. Dig.
☞1041.]

Appeal from District Court, Coryell County; J. H. Arnold, Judge.

Action by R. D. Shumate against the St.
Louis Southwestern Railway Company of
Texas. Judgment for plaintiff, and defendant appeals. Affirmed.

E. B. Perkins, of Dallas, Sadler & Cobb, of
Gatesville, and Scott & Ross, of Waco, for appellant. J. W. Stinnett, of Gatesville, and
Odell & Turner, T. J. Powell, and Homer L.
Baughman, all of Ft. Worth, for appellee.

KEY, C. J. Appellee brought this suit
against appellant, seeking to recover damages for personal injuries to his wife, and,
from a verdict and judgment for the plaintiff
for $9,750, the defendant has appealed. No
complaint is made of the verdict of the jury,
and therefore it is unnecessary to make any
findings of fact.

[1, 2] The first assignment of error complains because the trial court permitted the
plaintiff to file a supplemental petition after
the jury had been selected and the other
pleadings read to the court and jury. Notwithstanding the fact that we have a statute
declaring that the court may permit amendments at any time before announcing ready
upon the merits and not thereafter, our Supreme Court has held that statute to be directory, and under that holding the trial
court had the discretion to permit the supplemental petition to be filed at the time referred to. Furthermore, it is quite certain
that, if error was committed in that respect,
it in no wise influenced the jury in finding
against appellant, and therefore the assignment complaining of that ruling is overruled.

All the other assignments of error complain of certain rulings upon the admissibility of testimony. The questions thus presented are neither novel nor difficult, and appellant has cited no authority in support of
any of its contentions. Therefore we deem
it unnecessary to discuss the questions involved in the rulings referred to, and content
ourselves with saying that they have all been
considered and are decided against appellant.

No reversible error has been shown, and
the judgment is affirmed.

Affirmed.